# Court of Appeals
# of the State of Georgia

ATLANTA,  February 20, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0991. CALVIN THOMPSON v. CRYSTAL AMANDA WEAVER.**

On September 1, 2023, the trial court denied plaintiff Calvin Thompson's petition to be adjudicated as an equitable caregiver of defendant Crystal Weaver's minor child, or, in the alternative, for visitation. Thompson filed a notice of appeal on October 12, 2023. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Thompson filed his notice of appeal 41 days after entry of the order he seeks to appeal. Consequently, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/20/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*  , *Clerk.*